UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| DAVID LUTHER DAVENPORT, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) | 1:07-cv-1122-DFH-WTL |
| DR. KALU, et al., | ) ) | |
| Defendants. | ) ) | |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. The defendants shall have **through March 4, 2008,** in which to file a dispositive motion in support of their affirmative defense claim that the plaintiff failed to exhaust his administrative remedies prior to filing this lawsuit. If such a motion is filed, the plaintiff shall have **thirty (30) days** in which to respond. The defendants shall then have **fifteen (15) days** in which to reply.

2. Except for activities associated with the development and resolution of the defendants' affirmative defense that the plaintiff failed to exhaust his administrative remedies prior to filing this action, or any other matter directed by the court, the action is **stayed.**

3. Consistent with the partial stay issued in paragraph 2 of this Entry, the motion to dismiss filed by the defendants on January 22, 2008 (dkt. 15) is **denied without prejudice.** *Perez v. Wis. Dep't of Corr.,* 182 F.3d 532, 536 (7th Cir. 1999)("The statute [requiring administrative exhaustion] can function properly only if the judge resolves disputes about its application before turning to any other issue in the suit.").

So ordered.

*David F. Hamilton*

DAVID F. HAMILTON, Chief Judge
United States District Court

Date: 1/24/2008

Distribution:

James F. Bleeke
SWEETIN & BLEEKE PC
jim.bleeke@tycolaw.com

Jeb Adam Crandall
SWEETIN & BLEEKE PC
jeb.crandall@tycolaw.com

David Luther Davenport
DOC #904991
Wabash Valley Correctional Facility
P.O. Box 1111
Carlisle, IN 47838